UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 23-CR-0995-JLS |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING |
| vs. | |
| JOSE LEAL-TORRES, | |
| Defendant. | |

Based upon the joint motion of the parties, and GOOD CAUSE appearing, it is hereby ordered that the motion hearing and trial setting scheduled for June 23, 2023 shall be continued to July 28, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 20, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge